No. 86–6824.   KLEIN *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 86–6833.   ROHRBACH *v.* UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 86–6837.   WATKINS *v.* UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 86–6838.   RAWWAD *v.* UNITED STATES.   C. A. 1st Cir.
Certiorari denied.

No. 86–1519.   AKZO N. V. ET AL. *v.* UNITED STATES INTERNATIONAL TRADE COMMISSION ET AL.   C. A. Fed. Cir.   Motion of Kingdom of the Netherlands for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 86–6638.   HARRIS *v.* INDIANA.   Sup. Ct. Ind.;

No. 86–6677.   GASKINS *v.* SOUTH CAROLINA.   Ct. Common Pleas of Richland County, S. C.;

No. 86–6700.   ADKINS *v.* TENNESSEE.   Sup. Ct. Tenn.; and

No. 86–6750.   COLEMAN *v.* BROWN, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.   Reported below: No. 86–6638, 499 N. E. 2d 723; No. 86–6700, 725 S. W. 2d 660; No. 86–6750, 802 F. 2d 1227.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–6706.   HEISLUP ET AL. *v.* TOWN OF COLONIAL BEACH, VIRGINIA, ET AL.   C. A. 4th Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 86–1155.   INTERNATIONAL PRIMATE PROTECTION LEAGUE ET AL. *v.* INSTITUTE FOR BEHAVIORAL RESEARCH, INC., ET AL., 481 U. S. 1004;

No. 86–6312.   HYMEN *v.* MERIT SYSTEMS PROTECTION BOARD, 481 U. S. 1019;

No. 86–6401.   SKURDAL *v.* CITY OF BILLINGS, MONTANA, 481 U. S. 1020;

No. 86–6417.   LAY *v.* HORAN, COMMONWEALTH ATTORNEY, 481 U. S. 1020;

No. 86–6450.   MARSHALL *v.* BAUER, 481 U. S. 1021; and

No. 86–6607.   IN RE FIXEL, 481 U. S. 1012.   Petitions for rehearing denied.

## JUNE 5, 1987

No. A–884.   BERRY *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

## JUNE 8, 1987

No. 86–1559.   BURRELL ET AL. *v.* ALLAIN, GOVERNOR OF MISSISSIPPI, ET AL.   Affirmed on appeal from D. C. S. D. Miss.

No. 86–1096.   GRIFFITH *v.* ILLINOIS.   Appeal from App. Ct. Ill., 5th Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

JUSTICE WHITE, dissenting.

I agree with the majority that this case is not a proper appeal but, for the reason stated in my dissent from denial of certiorari in *Nyflot* v. *Minnesota Commissioner of Public Safety,* 474 U. S. 1027 (1985), I would grant certiorari.